AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of  
(Name, address or brief description of person, property, or premises to be searched)

**UNDER SEAL**

**LEXUS ES300**  
**VA LICENSE NUMBER, WAZIR1**  
**VIN - JT6HF10U0Y0154091**

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I ___Lavinia A. Quigley___ being duly sworn depose and say:

I am a(n) ___Detective with the Metropolitan Police Department (MPD)___ and have reason to believe  
(Official Title)  
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

LEXDUS ES300, VA LICENSE NUMBER, WAZIR1, VIN - JT6HF10U0Y0154091. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)  
evidence and instrumentalities.

concerning a violation of Title __18__ United States Code, Section(s) _§ 371_ and 18 United States Code, Section(s) _§ 2320_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

John Carlin  
Fraud and Public Corruption  
(202) 353-2457

Signature of Affiant  
Lavinia A. Quigley, Detective  
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____     at Washington, D.C.  
Date

_____     _____  
Name and Title of Judicial Officer       Signature of Judicial Officer