AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**LEXUS ES300**
**VA LICENSE NUMBER WAZIR1**
**VIN - JT6HF10U0Y0154091**

**UNDER SEAL**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0586M - 01

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: _____Lavinia A. Quigley_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective with the Metropolitan Police Department (MPD)_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

LEXUS ES300, VA LICENSE NUMBER WAZIR1, VIN - JT6HF10U0Y0154091. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

14 NOV 2005

**YOU ARE HEREBY COMMANDED** to search on or before _____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 0 8 2005

at Washington, D.C.

Date and Time Issued **ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  5:00 pm | NO ONE PRESENT<br>LEFT WITH VEHICLE |

INVENTORY MADE IN THE PRESENCE OF   SA JOHN NAGASHIMA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LISTING

FILED
NOV 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                    11-15-05
U.S. Judge or U.S. Magistrate Judge              Date

**US DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**\*\*\* Evidence Recovery Log \*\*\***

295C-WF-225310-T40

DATE RECOVERED: Thursday, November 10, 2005, by Team # 2

(SITE) LOCATION ( 3 ) LEXUS ES 300
TAG: WAZIR1

PERSONNEL:

ANH PHAM (AP)

ANGELA SERCER (AS)

BILL EPKINS (BE)

CHARLES WILDER (CW)

KORY PATRICK (KP)

MIKE MARUSCHAK (MM)

ROBERT POOLE (RP)

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 LOUIS VUITTON BELTS, 4 LOUIS VUITTON HATS, 1 PAIR OF LOUIS VUITTON SHOES. | | MM | | I | Paper Bag | | AS |
| 2 | 7 LOUIS VUITTON WALLETS | | MM | | I | Paper Bag | | AS |
| 3 | 73 ROLEX WATCHES | | RP | | I | Paper Bag | | AS |
| 4 | 90 TIFFANY NECKLACES | | BE | | I | Paper Bag | | AS |
| 5 | 49 LOUIS VUITTON PURSES | | MM | | I | Box | | AS |
| 6 | MISC. DOCUMENTS FROM INSIDE VEHICLE: PRICE LISTS, PROPERTY INFO, BANK STATEMENTS, NATURALIZATION INFO. | THROUGHOUT INTERIOR OF VEHICLE | CW | | I | Paper Bag | | AS |
| 7 | 6 LOUIS VUITTON BAGS, 1 PRADA BAG, 3 BURBERRY PURSES, 2 COACH WALLETS, 1 DOONEY AND BOURKE WALLET | VEHICLE | BE | | I | Box | | AS |
| 8 | 7 COACH WALLETS, 1 CHRISTIAN DIOR WALLET, 1 LOUIS VUITTON BELT. | VEHICLE | BE | | I | Box | | AS |
| 9 | 63 BURBERRY SCARVES | VEHICLE | KP | | I | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 10 | 6 NORTH FACE JACKETS | VEHICLE | MM | | 1 | Box | | AS |
| 11 | 59 LOUIS VUITTON PURSES, 13 LOUIS VUITTON BELTS, 1 LOUIS VUITTON WALLET | VEHICLE | BE | | 1 | Box | | AS |
| 12 | 25 DIOR NECKLACES, 65 CHANEL NECKLACES, 83 TIFFANY NECKLACES, 45 LOUIS VUITTON NECKLACES. | | AP | | 1 | Paper Bag | | AS |

**(END OF REPORT)**